Morse Chain Co., Inc., Respondent, *v.* County of Tompkins, Appellant.

Argued November 27, 1939; decided December 28, 1939.

*Charles H. Newman* for appellant.

*Truman K. Powers* and *Sherman Peer* for respondent.

Judgment modified by deducting therefrom $375, as agreed by counsel on the argument, and, as so modified, affirmed, with costs in this court to the appellant. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.